APPENDIX E     AMENDED Chapter 13 Plan Summary     Case No. 17-71387

Debtor: **Etta Pearl Sales**     SSN: **XXX-XX-5540**     Net Monthly Earnings: **$196.00**
Joint: _____     SSN: _____     Number of Dependents: **0**

I. Plan Payments:
   ( X )    Debtor(s) propose to pay direct a total of: **$196.00** [ ] Weekly   [ ] Biweekly   [ ] Semi-Monthly   [ X ] Monthly; or

Length of plan is approximately **60** months, and the total to be paid into the plan is approximately **$7,920.00**.

   [X] Chapter 13 case filing fees will be paid through the Chapter 13 Trustee assigned to this case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

    A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See §1322(a)(2)]
      The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

    B. Total ATTORNEY FEE: **$2,500.00**. **$0.00** paid pre-petition; **$1,600.00** to be paid upon confirmation* and **$35.00** per month.

    C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:
      1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment / to be paid by: | Regular Payments to begin: Mo./Yr. | Arrears to be paid by Trustee | Months in arrearage | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Statebridge Co, LLC | $44,414.19 | $402.00 / debtor | Oct. 2017 | $7,685.55 | 11 | 0.00% | $142.33 |

      2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | A.P. Payments | Total Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | |

      3. Other debts (not shown in 1. or 2. above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

III. Special Provisions:
    ( ) This is an original plan. ( x ) This is an amended plan replacing plan dated **8/3/2017**.

Other Provisions:
1. The Trustee will made disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order determined by the Trustee: 1. Trustee's Fee, 2. Filing Fee, 3. Initial Costs of Administration (including attorney fees payable at confirmation); 4. Allowed Secured Claims and Section 503(b) Administrative Expenses with fixed monthly payments (including Professional Fee Claims with fixed payments); 5. Allowed Priority Claims for Domestic Support; 6. Other Allowed Priority Claims, including Allowed Priority Tax Claims; and 7. Allowed General Unsecured Claims.
2. Filed and allowed non-priority unsecured claims to be paid 0%.
3. Allowed secured claims not provided in plan to receive 5.5% interest by fixed payment over 54 months. Allowed priority claims not provided in plan to be paid without interest by fixed payment over 54 months.

Attorney for Debtor:     Dated: **9/19/17**     *Etta Sales*
                                                   Debtor

Wilson Bettis, LLC
1902 8th Street
Tuscaloosa, AL 35401

                                                   Joint-Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2017 I served a copy of the foregoing on the following parties by hand delivery or depositing a copy into the United States Mail or, when available, by electronic mail or via ECF.

C. David Cottingham
Via ECF electronic noticing to dcottingham@ch13tuscaloosa.com

All Parites on ECF Matrix
VIA US MAIL

/S/ Kathryn L. Bettis
Kathryn L. Bettis

```
Label Matrix for local noticing          PRA Receivables Management, LLC        Waterfall Victoria Master Fund, Ltd.
1126-7                                   PO Box 41021
Case 17-71387-JHH13                      Norfolk, VA 23541-1021
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Wed Sep 27 10:19:56 CDT 2017

U. S. Bankruptcy Court                   AT & T                                 Ad Astra Recovery
2005 University Blvd., Room 2300         PO Box 536216                          7330 W 33rd St Ste 118
Tuscaloosa, AL 35401-1546                Atlanta, GA 30353-6216                 Wichita, KS 67205-9370


Alabama One Credit Union                 (p)TRITON MANAGEMENT GROUP             At & T
1215 Veterans Memorial Parkway           P O BOX 241525                         C/O Karen Cavagnor Paralegal
Tuscaloosa, Al 35404-5842                MONTGOMERY AL 36124-1525               One AT & T Way Room 3A231
                                                                                Bedminster, NJ 07921


At & t                                   Axcess Financial                       Capio Partners Llc
PO Box 105503                            7755 Montogomery Rd                    Attn: Bankruptcy
Atlanta, GA 30348-5503                   Suite 400                              Po Box 3498
                                         Cincinnati, OH 45236-4197              Sherman, TX 75091-3498


Check N Go                               Check N Go                             Check N Go
2509 McFarland Blvd                      7755 Montgomery Road                   C/O Asset Acceptance LLC
Northport, AL 35476-2937                 Suite 400                              PO Box 2039
                                         Cincinnati, OH 45236-4197              Warren, MI 48090-2039


Comcast Central Warehouse                Credit Management, LP                  DCH Regional Medical Center
1701 JFK Boulevard                       The Offices of Credit Management, LP   809 University Blvd. East
Philadelphia, PA 19103-2838              Po Box 118288                          Tuscaloosa, AL 35401-2071
                                         Carrolton, TX 75011-8288


DCH Regional Medical Center              DCH Regional Mediacl Center            Direct Mgmt, Inc
C/O Dishuck & Lacoste                    PO Box 2058                            4320 Downtowner Loop Ste A
PO Box 20677                             Tuscaloosa, AL 35403-2058              Mobile, AL 36609-5447
Tuscaloosa, AL 35402-0677


Diversified Consultant                   First National Credit Card/Legacy      Franklin Collection Service, Inc
Dci                                      First National Credit Card             Po Box 3910
Po Box 551268                            Po Box 5097                            Tupelo, MS 38803-3910
Jacksonville, FL 32255-1268              Sioux Falls, SD 57117-5097


MSI Home Medical Services                Med-South Inc                          Med-South Inc
400 McFarland Blvd #G                    PO BOX 931545                          PO Box 689
Northport, AL 35476-3371                 Atlanta, GA 31193-1545                 Jasper, AL 35502-0689


Med-South Inc                            NORTHPORT DCH                          North River Emer Physicians
PO Box 7401                              2700 Hospital Dr.                      C/O DirecManagement
Overland Park, KS 66207-0401             Northport, AL 35476-3380               PO Box 16243
                                                                                Mobile, AL 36616-0243
```

North River Emerg Physicians
C/O Direct Management Inc
4320 Downtowner Loop S STe A
Mobile, AL 36609-5447

North River Emergency Physician
PO Box 2153
Dept 5078
Birmingham, AL 35287-0002

North River Emergency Physicians
809 University Blvd. E.
Tuscaloosa, AL 35401-2029

Northport Medical Center
PO Box 1489
Tuscaloosa, AL 35403-1489

Northport DCH
809 University Blvd E
Tuscaloosa, AL 35401-2029

Quantum Serv
6302 E Martin Luther King Blvd
Tampa, FL 33619-1165

Rubin Lublin, LLC
Attn: Jamin Vogel
3740 Davinci Court, Ste 150
Norcross, GA 30092-7614

Rural Metro Of Central Alabama
C/O Capio Partners LLC
2222 Texoma Pkwy Ste 150
Sherman, TX 75090-2481

Rural Metro of Central Alabama
3450 Developers Road
Indianapolis, IN 46227-3585

Rural Metro of Central Alabama
5750 Kopetsky Drive Ste B
Indianapolis, IN 46217-9001

Rural Metro of Central Alabama
P.O. Box 532449
Charlotte, NC 28290-2449

SFC Central Bankruptcy
PO Box 1893
Spartanburg, SC 29304-1893

Security Finance
610 Skyland Blvd East
Tuscaloosa, AL 35405-4037

Security Finance
Sfc Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304-1893

Speedy Cash
3410 Hwy 69N
Northport, AL 35473-2045

Speedy Cash
3615 McFarland Blvd East
Suite 109
Tuscaloosa, AL 35405-2441

Statebridge Co, LLC
PO Box 5990
Denver, CO 80217-5990

Statebridge Company
5680 Greenwood Plaza Blvd, Ste 100S
Greenwood Village, CO 80111-2404

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Tri-state Adjustments
Attn:Collections/Bankruptcy
Po Box 3219
La Crosse, WI 54602-3219

Waterfall Victoria Master Fund, Ltd
5680 Greenwood Plaza Blvd.
Suite 100 S
Greenwood Village, CO 80111-2404

C David Cottingham
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588

Eric M Wilson
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401-2128

Etta Pearl Sales
2914 33rd Ave
Tuscaloosa, AL 35401-6917

Kathryn Lila Bettis
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401-2128

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Always Money
1430 10th Ave
Tuscaloosa, AL 35401

(d)Always Money
2491 McFarland Blvd
Suite C
Northport, AL 35476

(d)Always Money
501 East 15th Street
Tuscaloosa, AL 35401

(d)Always Money
Triton Managment Group
PO Box 241525
Montgomery, AL 36124-1525

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   54
Bypassed recipients    1
Total                 55